# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0270
Lower Tribunal No. F14-17002 A
_____

**Jose Mateo,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Jose Mateo, in proper person.

James Uthmeier, Attorney General, and Yolande M. Samerson, Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO AND BOKOR, JJ.

PER CURIAM.

Affirmed. See Wainwright v. State, 411 So. 3d 392, 399 (Fla. 2025), cert. denied sub nom. Wainwright v. Florida, 145 S. Ct. 2789 (2025) ("We reject Wainwright's argument because even if Erlinger constitutes a change of law, it does not apply retroactively."); Pace v. State, 415 So. 3d 750, 751 (Fla. 3d DCA 2025) (same); Perez v. State, 421 So. 3d 759, 760 (Fla. 3d DCA 2025) (same).